## 55768. TERRY v. INSURANCE COMPANY OF NORTH AMERICA et al.

QUILLIAN, Presiding Judge.

This is an appeal from a judgment of the superior court affirming an award of the State Board of Workmen's Compensation. *Held:*

1. The appellant contends it was error for a deposition which was taken for the purpose of discovery to be admitted as evidence. This contention is without merit. Code Ann. § 114-706 (Ga. L. 1945, p. 462; 1956, pp. 725, 726; 1969, p. 205; 1973, pp. 232, 242; 1974, pp. 1143, 1154) provides that "within the discretion of the presiding deputy director," (now administrative law judge), a deposition taken for the purpose of discovery may be admitted in evidence.

2. The evidence was sufficient to support the award.

3. The remaining enumerations of error are without merit.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED MAY 3, 1978 — DECIDED JUNE 12, 1978.

*Robert T. Efurd, Jr., W. C. Dominy,* for appellant.
*Swift, Currie, McGhee & Hiers, Charles L. Drew, John A. Ferguson, Jr.,* for appellees.